Others, Infant Contestants, Respondents.— Resettled order of the Surrogate's Court of Queens county for the examination of Joseph F. Poey (Surr. Ct. Act, § 137) as to his alleged concealment and retention of alleged wills of Jacob F. Haubeil and as to the facts connected with the making and execution of said alleged wills, and directing said Joseph F. Poey to produce any testamentary or purported testamentary instrument of Jacob F. Haubeil in his possession or over which he may have control, affirmed, with ten dollars costs and disbursements, payable by the appellants personally to respondents appearing and filing brief; the examination to proceed on five days' notice. No opinion. Young, Carswell, Davis, Adel and Taylor, JJ., concur.

MARIA MASTRODDI, Appellant, v. GUISEPPE DI BERNARDIS and ANTOINETTE MARIA DI BERNARDIS, Respondents. ALFONSO MASTRODDI, Appellant, v. GUISEPPE DI BERNARDIS and ANTOINETTE MARIA DI BERNARDIS, Respondents.— Action for personal injuries suffered by plaintiff wife because of claimed negligent maintenance of a building, and companion action for damages for loss of services. Judgments for defendants unanimously affirmed, with costs. No opinion. Present — Young, Carswell, Davis, Adel and Taylor, JJ.

ABRAHAM MUSTAFFA, as Administrator, etc., of ISMAIL ALI, Also Known as JAMES ALLEY, Deceased, Respondent, v. SOCONY-VACUUM OIL COMPANY, INCORPORATED, Sued Herein as STANDARD OIL COMPANY OF NEW YORK, Defendant, and MICHAEL COUGHLIN, Appellant.— The order vacates in part a notice of examination of defendant and directs defendant Standard Oil Company of New York, by Michael Coughlin, its agent, to appear and be examined as to certain items at a time and place stated. Order in so far as an appeal is taken therefrom affirmed, with ten dollars costs and disbursements. The examination will proceed at the place fixed in the order on three days' notice. No opinion. Young, Davis, Adel and Taylor, JJ., concur; Carswell, J., not voting.

ABRAHAM MUSTAFFA, as Administrator, etc., of ISMAIL ALI, Also Known as JAMES ALLEY, Deceased, Respondent, v. SOCONY-VACUUM OIL COMPANY, INCORPORATED, Sued Herein as STANDARD OIL COMPANY OF NEW YORK, Appellant, and MICHAEL COUGHLIN, Defendant.— The order vacates in part a notice of examination of defendant and directs defendant Standard Oil Company of New York, by Michael Coughlin, its agent, to appear and be examined as to certain items at a time and place stated. Order in so far as an appeal is taken therefrom affirmed, with ten dollars costs and disbursements. The examination will proceed at the place fixed in the order on three days' notice. No opinion. Young, Davis, Adel and Taylor, JJ., concur; Carswell, J., not voting.

LOUIS OLIVA, Appellant, v. SARA BEITCHER, Respondent, and Others, Defendants. SARA BEITCHER, Respondent, v. LOUIS OLIVA, Appellant, and JOHN GRABEC, Defendant.— Consolidated actions to recover for personal injuries and property damage growing out of a head-on collision between an automobile and an auto truck being operated in directions opposite to each other. Judgment dismissing the complaint in the first entitled action and adjudging that the plaintiff in the second entitled action recover for the damage to her truck unanimously affirmed, with costs. No opinion. Present — Young, Carswell, Davis, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FARMER MILLER, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES CRANIDES, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent,